UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NEW SKIN LLC, a Washington limited liability company,

    Plaintiff,

v.

SUPER LASH LLC, a Washington limited liability company,

    Defendant.

Civil Action No. 2:24-cv-1954

**CONSENT JUDGEMENT AND INJUNCTION**

    Plaintiff New Skin LLC (hereinafter "New Skin") having filed its Complaint for Service-Mark Infringement, Cyberpiracy, and Unfair Competition on November 26, 2024; and

    Defendant Super Lash LLC (hereinafter "Lash") and Plaintiff New Skin having agreed to resolve issues brought in the Complaint to their mutual satisfaction; and

    The Court having concluded that entry of this Consent Judgment and Injunction is a proper exercise of the policy favoring settlement of controversies;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.     This Court has jurisdiction of the subject matter hereof and of all the parties hereto.

2.     Venue is proper in this Court.

3.     Plaintiff New Skin has used the mark NEWSKIN$^{SM}$ (the "Mark") in connection with beauty medical spa and plastic surgery services throughout the State of Washington and in

commerce since at least as early as April 29, 2019, thereby establishing Plaintiff New Skin's common law rights in the Mark.

4. Plaintiff New Skin has valid and enforceable rights in its Mark.

5. Defendant Lash offered its beauty and medical spa services to the public in this judicial district under designations confusingly similar to the Mark (hereinafter "the Accused Marks"), including designations such as NEW SKIN WA or NEW YOUNG SKIN.

6. Defendant Lash is hereby enjoined from using, selling, or advertising beauty and medical spa services, or any related services, in connection with the Accused Marks because the Accused Marks and the Marks are confusingly similar.

7. Defendant Lash registered, trafficked in, and used the domain name NewSkinWA.com (the "Domain Name"), which contained the Mark. Defendant Lash's use of the Domain Name constituted cyberpiracy.

8. Defendant Lash is hereby enjoined from using or trafficking in sales and/or business under the Domain Name.

9. Except for the relief herein granted, all claims for relief in the Complaint and Answer herein, are dismissed with prejudice pursuant to Rule 41(a) Federal Rules of Civil Procedure.

10. Each of the parties to this action shall bear its own costs and attorney fees.

SO ORDERED THIS 6th day of June, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

CONSENT JUDGEMENT AND INJUNCTION - 2